**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**GREGORY CHAMBERS, JR.**                                                                        **PLAINTIFF**

**V.**                                                                        **NO. 4:26-CV-12-DMB-DAS**

**MISSISSIPPI DEPARTMENT OF
PUBLIC SAFETY; THE CITY OF
FLORA MISSISSIPPI; THE CITY
OF YAZOO MISSISSIPPI**                                                                        **DEFENDANTS**

**<u>ORDER</u>**

On March 3, 2026, United States Magistrate Judge David A. Sanders issued a report ("R&R") recommending that this case be transferred to the Southern District of Mississippi. Doc. #6. The R&R warned that "[f]ailure to file written objections to the proposed findings and recommendations contained in this report within 14 days from the date of filing will bar an aggrieved party from challenging on appeal both the proposed factual findings and the proposed legal conclusions accepted by the district court." *Id.* No objections to the R&R were filed.

Under 28 U.S.C. § 636(b)(1)(C), "[a] judge of the court shall make a de novo determination of those portions of the report … to which objection is made." "[P]lain error review applies where, as here, 'a party did not object to a magistrate judge's findings of fact, conclusions of law, or recommendation to the district court' despite being 'served with notice of the consequences of failing to object.'" *Ortiz v. City of S.A. Fire Dep't*, 806 F.3d 822, 825 (5th Cir. 2015) (quoting *United States ex rel. Steury v. Cardinal Health, Inc.*, 735 F.3d 202, 205 n.2 (5th Cir. 2013)). "[W]here there is no objection, the Court need only determine whether the [R&R] is clearly erroneous or contrary to law." *United States v. Alaniz*, 278 F. Supp. 3d 944, 948 (S.D. Tex. 2017) (citing *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989)).

2

Because the Court reviewed the R&R for plain error and concludes the R&R is neither clearly erroneous nor contrary to law, the R&R [6] is **ADOPTED** as the order of this Court. This case and its entire record is **TRANSFERRED** to the United States District Court for the Southern District of Mississippi.

**SO ORDERED**, this 23rd day of March, 2026.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

2